UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLAKE HAYDEL AND
CARRIE DEWEY

CIVIL ACTION

VERSUS

NO. 07-939-C

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 10, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec.doc. 5) filed by plaintiff's, Blake Haydel and Carrie Dewey, is denied.

Baton Rouge, Louisiana, July 10, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA