UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLAKE HAYDEL, ET AL

VERSUS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.

CIVIL ACTION

NO. 07-939-C

## RULING

In this appeal, plaintiff seeks review of the magistrate judge's rulings of March 10, 2009 (rec.doc. 23) and April 9, 2009 (rec.doc. 31). In reviewing the magistrate judge's rulings in question, the court must decide whether the rulings constitute clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the magistrate judge's rulings on the issues in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the rulings of the magistrate judge dated March 10, 2009 (rec.doc. 23) and April 9, 2009 (rec.doc. 31) are hereby AFFIRMED.

Baton Rouge, Louisiana, June 5, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA